In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. RICHARD WAYNE KEMP, admitted on February 8, 1982, at a Term of the Appellate Division, First Department. RICHARD BECKER, admitted on February 2, 1987, at a Term of the Appellate Division, First Department. PAMELA ELIZABETH KULSRUD, admitted in 1988, at a Term of the Appellate Division, Second Department. [696 NYS2d 804] —Motions granted and respondents reinstated as attorneys and counselors-at-law in the State of New York, effective the date hereof. No opinion. Concur—Ellerin, P. J., Nardelli, Williams, Mazzarelli and Saxe, JJ. [See, 230 AD2d 366, 247 AD2d 158.]